| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>**Thomas G. Mackey (SBN 174572)**<br>**JACKSON LEWIS P.C.**<br>**725 South Figueroa Street, Suite 2500**<br>**Los Angeles, California  90017-5408**<br>**Telephone:  (213) 689-0404**<br>**Facsimile:  (213) 689-0430**<br>**mackeyt@jacksonlewis.com**<br><br>ATTORNEY(S) FOR:  **Equinox Holdings, Inc.** | **CLEAR FORM** |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Dashielle Kramer**<br><br>Plaintiff(s),<br>v.<br><br>**Equinox Holdings, Inc.**<br><br>Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____**Equinox Holdings, Inc.**_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| **Dashielle Kramer** | Plaintiff |
| **Equinox Holdings, Inc.** | Defendant |

| | |
|---|---|
| July 9, 2020<br>Date | /s/Thomas G. Mackey<br>Signature |

Attorney of record for (or name of party appearing in pro per):

**Thomas G. Mackey**

CV-30 (05/13)                                                  NOTICE OF INTERESTED PARTIES