UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6169 FMO (JEMx) | Date | December 2, 2022 |
|---|---|---|---|
| Title | Dashielle Kramer v. Equinox Holdings, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):

None Present   None Present

**Proceedings:**   (In Chambers) Order to Show Cause

By order dated November 19, 2022, the parties were required to lodge their revised Proposed Pretrial Conference Order and a copy of the meet-and-confer transcript, and file their revised pretrial exhibit stipulation, joint jury instructions, and joint verdict form by no later than Monday, November 28, 2022. (Dkt. 66, Court's Order of November 19, 2022, at 2-3). The parties did not file or lodge any pretrial documents until November 29, 2022. (See Dkt. 68, 69, 70, 71, 73). Nor did the parties lodge the meet-and-confer transcript. (See, generally, Dkt.). The parties did not explain why the documents were filed or lodged late or with respect to the meet-and-confer transcript, not lodged at all. (See, generally, 68, 69, 70, 71, 73). Accordingly, IT IS ORDERED THAT:

1. No later than **December 5, 2022, at 10:00 a.m.**, the parties shall lodge the meet-and-confer transcript.

2. On **December 9, 2022, at 10:00 a.m.** in Courtroom 6D, the parties shall show cause why monetary or other sanctions should not be imposed for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | gga |