UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6169 FMO (JEMx) | Date | December 5, 2022 |
|---|---|---|---|
| Title | Dashielle Kramer v. Equinox Holdings, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):

None Present                          None Present

**Proceedings:**     (In Chambers) Order to Show Cause

Having reviewed the meet and confer transcript (Dkt. 75), it is unclear whether counsel for the parties met and conferred in person as required by the court's order. (See Dkt. 75, Transcript) (noting meet and confer "Via Zoom Videoconference"); (Dkt. 66, Court's Order of November 19, 2022, at 1 n. 2) (requiring "all counsel participating in the meet and confer" to "appear in person"). Accordingly, IT IS ORDERED THAT:

1. No later than **December 7, 2022, at 10:00 a.m.**, each participating counsel shall file a declaration, under penalty of perjury, stating whether he or she participated in the meet and confer in person.

2. No later than **December 8, 2022, at 5:00 p.m.**, counsel for plaintiff shall file a declaration from the court reporter stating: (1) the address of the meet and confer; (2) who was present in person at the meet and confer; and (3) who, if anyone, participated remotely.

|   |   | 00 | : | 00 |
|---|---|---|---|---|
|   | Initials of Preparer | | gga | |