Thomas G. Mackey (SBN 174572)
thomas.mackey@jacksonlewis.com
Jose G. Cabada (SBN 302781)
jose.cabada@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:   (213) 689-0430

Attorneys for Defendant
EQUINOX HOLDINGS, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dashiell Kramer, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Equinox Holdings, Inc., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | **CASE NO.  2:20-cv-06169-FMO-JEM**<br><br>[*Assigned to the Hon. Fernando M. Olguin*]<br><br>**JUDGMENT**<br><br>Action Filed: June 9, 2020<br>Action Removed: July 9, 2020<br><br>Trial Date:   December 13. 2022 |

　　　　1.　　Plaintiff Dashiell Kramer ("Plaintiff") brought the present action against Defendant Equinox Holdings, Inc. ("Defendant") alleging (1) Failure to Provide Reasonable Accommodations, Cal. Gov. Code § 12940 et seq.; (2) Failure to Engage in Good Faith Interactive Process, Cal. Gov. Code § 12940 et seq.; (3) Retaliation, Cal. Gov. Code § 12940; (4) Discrimination, Cal. Gov. Code § 12940; (5) Failure to Prevent Discrimination and Harassment, Cal. Gov. Code § 12940; and (6) Wrongful Termination in Violation of Public Policy.

　　　　2.　　A jury trial was held on December 13, 2022, December 14, 2022, and December 15, 2022.  Michael J. Jaurigue and P.J. Van Ert of Jaurigue Law Group appeared for Plaintiff.  Thomas G. Mackey and Jose G. Cabada of Jackson Lewis P.C. appeared for Defendant.

3. Pursuant to Federal Rule of Civil Procedure 50(a), the Court dismissed Plaintiff's claim for Punitive Damages.

4. Prior to submission of the matter to the jury, Plaintiff dismissed his claim for Wrongful Termination in Violation of Public Policy.

5. The Jury reached a unanimous verdict in favor of Defendant on Plaintiff's remaining claims on December 15, 2022.

6. Based on Plaintiff's dismissal, the Court's rulings and the Jury's unanimous verdict, Judgment is entered by the Court for Defendant and against Plaintiff on all of the following claims: (1) Failure to Provide Reasonable Accommodations, Cal. Gov. Code § 12940 et seq.; (2) Failure to Engage in Good Faith Interactive Process, Cal. Gov. Code § 12940 et seq.; (3) Retaliation, Cal. Gov. Code § 12940; (4) Discrimination, Cal. Gov. Code § 12940; (5) Failure to Prevent Discrimination and Harassment, Cal. Gov. Code § 12940; and (6) Wrongful Termination in Violation of Public Policy.

7. The parties shall bear their own fees and costs.

DATED: December 19, 2022

/s/
_____
HON. FERNANDO M. OLGUIN
U.S. DISTRICT JUDGE

4864-1078-0740, v. 1